**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MULLENS BAR AND GRILL, INC., : No. 30 WAP 2022
:
        Appellant : Appeal from the Order of the
: Commonwealth Court entered May
: 3, 2022 at No. 659 FR 2020.
        v. :
:
:
COMMONWEALTH OF PENNSYLVANIA, :
:
        Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 19th day of January, 2023, the above captioned appeal is hereby

**QUASHED** as untimely.